# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.  Cr. No. 19-076JJM

JOHN AMARAL

**UNITED STATES' MOTION TO SEAL**

Now comes the United States, by counsel, and moves to seal the indictment in the above case until such time as the defendant is in custody.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

AARON L. WEISMAN
United States Attorney

/s/ Terrence P. Donnelly
TERRENCE P. DONNELLY
Assistant U.S. Attorney

SO ORDERED:

HON. LINCOLN D. ALMOND
U.S. MAGISTRTATE JUDGE
DISTRICT OF RHODE ISLAND

DATE: July 11, 2019

1